Form fnldecree

# United States Bankruptcy Court
## Western District of Louisiana

**Case No.:** 17–10662
**Chapter:** 7
**Judge:** Jeffrey P. Norman

**In Re:**
City Feed and Garden Center of LA, LLC
(*debtor has no known aliases*)
419 Oak Street
Mansfield, LA 71052

**Social Security No.:**

**Employer's Tax I.D. No.:**
47–4876094

## FINAL DECREE

The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009, Fed. R. Bankr. P.;

**IT IS ORDERED THAT** the trustee in this case is discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

Dated: 3/14/18

/s/Jeffrey P. Norman
U.S. Bankruptcy Court Judge